AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| TERENCE SUTTON | ) Case No. |
| & | ) |
| ANDREW ZABAVSKY | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     TERENCE DALE SUTTON JR.
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

D.C. Code § 22-2103 (Murder in the Second Degree), 18 U.S.C. § 371 (Conspiracy), and 18 U.S.C. §§ 1512(b)(3), 2 (Obstruction of Justice, Aiding and Abetting)

Date:  09/23/2021

Zia M. Faruqui
2021.09.23 17:18:59
-04'00'

*Issuing officer's signature*

City and state:  Washington D.C.

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 9/23/21, and the person was arrested on *(date)* 9/24/21
at *(city and state)* Washington DC

Date: 9/24/21

*Arresting officer's signature*

Sean Ricardi, Special Agent
*Printed name and title*