# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 21-cr-598-PLF |
| | : | |
| v. | : | |
| | : | |
| TERENCE SUTTON and | : | |
| ANDREW ZABAVSKY | : | |
| | : | |
| Defendants. | : | |

## JOINT STATUS REPORT CONCERNING CONDITIONS OF RELEASE

On October 6, 2021, the Court issued a minute order directing the government and counsel for defendant Zabavsky to confer about the defendant's pre-trial release conditions, and to file a joint status report updating the Court about those discussions. The parties have so conferred, and now file this joint status report.

Defendant Zabavsky no longer seeks to modify the conditions of release imposed by Magistrate Judge Faruqui on September 24, 2021. The government does not object to the defendant's continued pre-trial release on those terms.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By: */s/ Risa Berkower*
AHMED BASET
IL Bar No. 6304552
RISA BERKOWER
NY Bar No. 4536538
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-7097 (Baset)

              (202) 252-6782 (Berkower)
            Email:  Ahmed.Baset@usdoj.gov
                risa.berkower@usdoj.gov