UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                        )     Criminal No. 21-0598 (PLF)<br>)<br>TERENCE SUTTON                           )<br>   and                                                   )<br>ANDREW ZABAVSKY,                   )<br>)<br>               Defendants.                     )  | |

AMENDED SCHEDULING ORDER

On June 2, 2022, the Court issued an order setting forth the schedule for trial, which included a schedule for pretrial motions, expert disclosures, and the preparation of the pre-voir dire written questionnaire.  See Scheduling Order [Dkt. No. 174].  The order directed the parties to meet and confer and submit a joint status report proposing further dates for the exchange of case-in-chief exhibits, exhibit lists, and witness lists, as well as the submission of proposed jury instructions and a jury verdict form.  Id. at 2.  The Court also asked the parties to provide clarification about the meaning of "supplements to pretrial motions," or a description of what the parties intended to file on August 22, 2022.  Id.

On June 6, 2022, defendants Terence Sutton and Andrew Zabavsky filed consent motions to extend the deadlines for the filing of Rule 12 motions.  See Terence D. Sutton, Jr.'s Consent Motion to Extend Deadlines for Rule 12 Motions [Dkt. No. 175]; Defendant Andrew Zabavsky's Consent Motion to Extend Deadlines for Rule 12 Motions [Dkt. No. 176].  The Court granted these motions in a minute order on June 6, 2022, which stated that "the parties shall file any Rule 12 motions on or before June 29, 2022, oppositions to Rule 12 motions on or

before July 13, 2022, and replies in support of Rule 12 motions on or before July 20, 2022." Minute Order (June 6, 2022). The minute order further stated that "[t]he Court will hear oral argument on Rule 12 motions during the week of July 25, 2022, with the date and time to be provided by the Court at a later date. An amended scheduling order is forthcoming." Id.

The parties filed their joint status report on June 10, 2022, which jointly proposed a schedule for the remaining deadlines requested by the Court, including the exchange of witness lists, exhibits lists, and the submission of jury instructions and a verdict form. Joint Status Report [Dkt. No. 178]. The joint status report also indicated that "[i]n light of the Court's most recent scheduling order, the parties are no longer requesting [a] filing deadline" for "supplemental pretrial motions." Id. at 1.

The Court hereby adopts the parties' joint proposed schedule for the exchange of witness lists, exhibits lists, and submission of jury instructions and a verdict form. The Court also wishes to provide specific dates and times for hearings scheduled in this matter. Accordingly, it is hereby

ORDERED that the Court's Scheduling Order [Dkt. No. 174] is amended by this Order, as set forth in the following schedule:

| Date | Description |
| --- | --- |
| June 29, 2022 | The parties shall file any Rule 12 motions. |
| July 13, 2022 | The parties shall file oppositions to Rule 12 motions. |
| July 15, 2022 | The parties shall exchange expert notices and disclosures. |
| July 20, 2022 | The parties shall file replies in support of Rule 12 motions. |

| Date | Description |
|---|---|
| July 26, 2022 at 2:00 p.m. via Zoom videoconference | The Court will hear oral argument on Rule 12 motions. |
| August 1, 2022 | The parties shall file any Daubert motions. |
| August 15, 2022 | The parties shall file oppositions to Daubert motions. |
| August 22, 2022 | The parties shall file replies in support of Daubert motions. |
| August 29, 2022 at 2:00 p.m. | The Court will hear oral argument on Daubert motions in Courtroom 29. |
| August 29, 2022 | The parties shall file a joint proposed pre-voir dire written questionnaire. |
| September 2, 2022 | The parties shall file any motions in limine. |
| September 12, 2022 at 2:00 p.m. | The Court will hold a status conference, in Courtroom 29, to resolve any disputes relating to the proposed pre-voir dire written questionnaire. |
| September 16, 2022 | The parties shall file oppositions to motions in limine. |
| September 19, 2022 | The parties shall docket a final pre-voir dire written questionnaire that incorporates the Court's resolution of any disputes relating to the proposed questionnaire. The Court will approve the final questionnaire shortly thereafter. Once finalized, the parties shall photocopy the questionnaire and provide the Court with enough copies to administer the questionnaire to a special jury panel of approximately 150 potential jurors on September 29, 2022. |
| September 23, 2022. | The parties shall file replies in support of motions in limine |

| Date | Description |
| --- | --- |
| September 29, 2022 | The Court will administer the pre-voir dire written questionnaire to a special jury panel in the Ceremonial Courtroom (Courtroom 20) beginning at 10:00 a.m.<br><br>The Court will hear oral argument on motions <u>in limine</u> in Courtroom 29 beginning at 2:30 p.m. |
| September 30- October 5, 2022 | The parties shall review the written questionnaire responses and meet and confer about excusing certain jurors, during which period the Court will attempt to resolve or decide the parties' objections. |
| October 6, 2022 at 1:00 p.m. | Final pretrial conference in Courtroom 29. |
| October 7, 2022 | The parties shall exchange trial exhibit lists. |
| October 10, 2022 | The parties shall file proposed jury instructions and a jury verdict form. |
| October 14, 2022 | The parties shall file all objections to trial exhibits and exchange trial witness lists. |
| October 17-18, 2022 | Jury selection will commence in the Ceremonial Courtroom (Courtroom 20) at 10:00 a.m., and will continue, as necessary, on October 18, 2022. |
| October 19, 2022 | Trial will commence in Courtroom 29 at 10:00 a.m. with opening statements, and will continue each weekday at 10:00 a.m. until concluded. |
| November 11, 2022 | Recess for Veterans Day. |

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  June 14, 2022

4