# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | :  Case No: 1:21-cr-598-PLF |
| v. | : |
| | :  Judge Paul L. Friedman |
| TERENCE SUTTON, et al. | : |
| | : |
| Defendants. | : |

### TERENCE D. SUTTON, JR.'s RENEWED MOTION
### TO COMPEL PRODUCTION OF CERTAIN BODY WORN CAMERA VIDEO.

Comes now Defendant, Terence D. Sutton, Jr., through counsel, HANNON LAW GROUP, LLP, and respectfully submits this renewed motion to compel production of BWC video footage required for his defense.

On October 12, 2022, Ofc. Sutton submitted a motion to compel production of certain BWC video footage required for his defense. [Dkt. No. 303]. Relevant to this motion, Ofc. Sutton requested the government produce BWC footage from a pursuit on January 20, 2019 in which Ofc. Sutton participated. The requested relief was not provided.

The government has now introduced into evidence through SA Ricardi a two-page Official Reprimand that Ofc. Sutton received as a result of the vehicular pursuit *See* Government Exhibit 414B, attached. SA Ricardi knew nothing about the circumstances of the pursuit. The Reprimand Letter inaccurately reports the results of the IAD Investigation of the pursuit. The investigation actually resulted in a finding that the pursuit was justified. The IAD Investigation concluded that the officers violated policy only "for failure to immediately notify the dispatcher. *See* Sutton Exhibit 301E (excerpt) attached. In addition to the arguments raised in his original motion to compel, which are hereby incorporated by reference, Ofc. Sutton argues that the BWC

video footage from the January 20, 2019, is necessary to rebut what he believes to be a false representation contained within the Official Reprimand.

WHEREFORE, Ofc. Sutton respectfully requests that the Court compel the government to produce the BWC video footage requested.

Dated: November 8, 2022

Respectfully submitted,

HANNON LAW GROUP, LLP

*s/J. Michael Hannon*
J. Michael Hannon, #352526
Rachel E. Amster, #1618887
Harrison E. Richards, #1723607
1800 M Street, N.W., Suite 850 S
Washington, DC 20036
Tel: (202) 232-1907
Fax: (202) 232-3704
jhannon@hannonlawgroup.com
ramster@hannonlawgroup.com
hrichards@hannonlawgroup.com

*Attorneys for Defendant Terence D. Sutton, Jr*