

Closed/PPMS

**Metropolitan Police Department**
**Patrol Services North**
**Fourth Police District**

**Commander Randy Griffin**

6001 Georgia Avenue Northwest, Washington, D.C., 20011 Office: 202-715-7400

## MEMORANDUM

**TO:**      Assistant Chief of Police
             Internal Affairs Bureau

**THRU:**    Patrol Chief
             Patrol Services North

**THRU:**    Commander
             Fourth District

**DATE:**    March 4, 2019

**SUBJECT:** Final Investigative Report Concerning a Vehicular Pursuit Involving
             Officer Terence Sutton, Officer Jessie Langford, Officer Meghan
             Murrock and Officer Alexander Glathar of the Fourth District. **CCN
             #19011426; IS #19000218.**

### CHRONOLOGICAL NARRATIVE

On January 20, 2019, approximately 1445 hours, an Armed Robbery that just
occurred in the 700 block of Quincy Street, NW was voiced over the Fourth
District channel.  The lookout was given for a white sedan displaying yellow tags.
Officer's Sutton and Murrock, who were assigned to Crime Suppression #3,
observed the vehicle, a white Cadillac DTS displaying Virginia tags 7234UU,
occupied by three people, and attempted to conduct a traffic stop in the700 block
of Taylor Street, NE.  Officer Sutton voiced over "the Fourth District OPS
channel" that they had the suspected vehicle stopped and Officer Langford,
assigned to Auto Theft #1, assisted with the stop.  As the officers exited the
vehicle, the Cadillac fled the scene traveling eastbound on Taylor Street. Auto
Theft #1 immediately began to pursue the vehicle as Crime Suppression #3, got
back in their vehicle and followed in the pursuit.  The Cadillac was traveling
northbound in the 1200 block of Michigan Avenue when it struck a light pole
base, side swiped a 2014 Chevy Impala and then struck a 2005 Mitsubishi
Outlander when the Cadillac came to rest in the 1300 block of Michigan Ave.
The driver exited the vehicle and fled on foot, while the other two suspects

2

stayed in the car.  Officer Sutton gave chase on foot and apprehended the suspect in the 4200 block of 13th Street, NE.  The driver was placed under arrest for Robbery (Gun), Leaving After Colliding and Possession With the Intent to Distribute.

Sergeant Cox completed a MPD Vehicular Pursuit Report (PD845) and conducted an administrative review with the involved officers.  A PD 10 was completed and IS# 19000218 was created and assigned to Captain Bryan Christian for further investigation. **(Attachment #1)**

On Monday, January 28, 2019, a request was made for the audio of the Fourth District radio zone transmissions and route confirmation from the Office of the Unified Communications (OUC).

<u>Pursuit initiated 15:12 hours</u>

During the pursuit, the officers did not utilize the Fourth District zone; they utilized "the Fourth District *OPS* channel" while in hot pursuit of the suspected vehicle

Unknown Officer:    "the Lieutenant wants to know if officers are in 405 canvassing for the Armed Robbery"

Unknown Officer:    "I'm behind the robbery vehicle at Taylor and First Street"

Unknown Officer:    "the vehicle is occupied three times, it's a white Cadillac With yellow tags

Unknown Officer:    "We are at Taylor Street and Hawaii Avenue stopped at the Light."

Unknown Officer:    "We are at Taylor and 7th Street going toward Turkey Thicket"

Unknown Officer:    1000 block of Shepard Street,

Unknown Officer:    1050 at 13th and Taylor Street with bail out

Unknown Officer:    running in the 1200 block of Taylor toward Sergeant Road

Unknown Officer:    Someone go to the car, we have two still in the car

<u>Pursuit terminated 15:15 hours</u>

## MEMBER(S) INVOLVED

**Officer Jessie Langford**
| | |
|---|---|
| Duty & Uniform Status: | **Badge # 4571** On Duty, Full Uniform |
| Personal Information: | Caucasian Male |
| CAD NUMBER: | 8922 |
| Age | 39 |
| Assignment: | Fourth District       Officer |
| Appointed to MPD: | 12/22/08 |
| ASP Equipped: | Yes |
| OC Spray Equipped: | Yes |
| Body Armor Equipped: | Yes |
| Body Worn Camera Equipped: | Yes |
| Injuries: | None |
| Impairment: | None |
| UFIR: | N/A |

**Officer Terence Sutton**
| | |
|---|---|
| Duty & Uniform Status: | **Badge # 4803** On Duty, Full Uniform |
| Personal Information: | White Male |
| CAD # | 9022 |
| Age | 35 |
| Assignment: | Fourth District |
| Appointed to MPD: | 3/3/09 |
| ASP Equipped: | Yes |
| OC Spray Equipped: | Yes |
| Body Armor Equipped: | Yes |
| Body Worn Camera Equipped: | Yes |
| Injuries: | None |
| Impairment: | None |
| UFIR: | |

## SUBJECT(S) INVOLVED

**Frankie Lee McCoy Jr.**
| | |
|---|---|
| Personal: | Black Male, DOB 10/14/81 |
| Address: | 2448 Elvans Road, SE |
| Injuries: | None |

**Violations that led to Police Contact:**

- Robbery While Armed

4

**Violations after Police Contact:**

- Possession Of Open Container Of Alcohol - Vehicle
- Fleeing from a law enforcement officer in a motor vehicle
- Leaving After Colliding
- Contributing To The Delinquency Of A Minor
- Possession Of A Controlled Substance

### WITNESS CANVASS

No witness statements obtained during this event

### INVOLVED OFFICER(S) STATEMENT(S)

**Statement of Officer Terence Sutton**                    **Fourth District**

On January 20, 2019, Officer Sutton completed a PD119 **(Attachment #2)**

On Sunday, January 20, 2019, I responded to the Northeast quadrant of the District of Columbia in the area where an armed robbery (gun) just occurred at 701 Quincy Street, NE, Washington DC 20011. The lookout for the vehicle involved in the armed robbery was for a white sedan with yellow tags last seen in the rear alley of the location where the robbery occurred. The dispatcher provided a look out for the individuals involved in the robbery. Officer Murrock observed a white Cadillac sedan bearing yellow Virginia hard tags occupied by three individuals. The individuals in the vehicle matched the lookout given by the dispatcher.

I immediately voiced over the Fourth District Op's channel that I had the possible robbery vehicle in sight and to get in the immediate area to assist. I followed the vehicle several blocks before attempting a traffic stop in the 700 block of Taylor Street, NE. I utilized my emergency equipment and conducted a traffic stop in the 700 block of Taylor Street, NE. The white Cadillac sedan immediately pulled to the curb. Officer Langford (auto theft) pulled up behind my vehicle on the scene to assist with the traffic but I stayed in the vehicle. I exited my vehicle and approached the rear of the Cadillac with Officer Murrock and Glathar at which time the Cadillac fled eastbound on Taylor Street, NE.

Officer Langford immediately gave chase while we ran back to my vehicle and then I also gave chase behind Officer Langford. After following the Cadillac for multiple blocks, I observed the Cadillac travelling northbound in the 1200 block Michigan Avenue, NE. While stopped at Shepard Street and Michigan Avenue, NE, I observed the Cadillac approaching the intersection of Michigan Avenue and Taylor Street, NE. I observed the Cadillac strike a vehicle at the intersection of Michigan Avenue and Taylor Street, NE. I made a left turn into the 1200 block of Michigan Avenue, NE and proceeded toward the accident. Once on the scene, I

observed Officer Langford out of his vehicle giving verbal commands toward the Cadillac. I observed the driver of the Cadillac fleeing on foot northbound on Michigan Avenue, NE. I stayed in my vehicle and gave chase for the driver. Officer Murrock and Glather exited my vehicle and gave chase on foot for the driver. The driver was apprehended in the 4200 block of 13th Street, NE.

After further investigation, the driver was placed under arrest for Robbery (Gun), Fleeing Felon, LAC and PDP. The two other passengers were also placed under arrest for multiple different charges.

**Statement of Officer Jessie Langford**                          **Fourth District**

On January 20, 2019, Officer Langford completed a PD 119. **(Attachment #3)**

On January 20, 2019, I was working in full uniform and utilizing Scout Car 433. I responded to assist in a canvas regarding an armed robbery. A look out was provided via 4D dispatcher regarding two armed males along with an additional look out for an unknown white sedan with a yellow tag.

Shortly, after the lookout was broadcast, Officer Sutton voiced that he observed a white Cadillac with yellow Virginia "Don't Tread on Me" tag. As I was pulling up Officer Sutton conducted a traffic stop in the 700 block Taylor Street, NE. As he was exiting the vehicle, the white Cadillac fled the traffic stop. Believing this vehicle to be the robbery vehicle occupied three times, I continued to follow the vehicle.

As the vehicle crossed Taylor Street, and Michigan Avenue, NE it struck a light pole base and Chevy Impala. After the vehicle struck the Impala it over compensated and struck a traffic control pole and came to a rest against the white Mitsubishi Outlander.

I approached the vehicle giving loud verbal commands to show their hands. The driver promptly fled the vehicle as the rear driver side passenger attempted to open the car door. I secured the rear driver side passenger and kept a visual on the front passenger as he was compliant with my verbal commands till he was secured.

## POLICE WITNESS STATEMENT(S)

**Statement of Officer Meghan Murrock**                          **Fourth District**

On January 20, 2019 Officer Murrock completed a PD 119. **(Attachment #4)**

On January 20, 2019, I was working in full uniform utilizing call sign CST3. A lookout was broadcast over the Fourth District zone for a white sedan with a yellow tag that was seen leaving the scene of an armed robbery.

6

Officers Sutton, Glather and I responded to the area to canvas. While responding to the area, I observed a white sedan with yellow Virginia tags7234UU, occupied at least two times. I saw that the driver had short hair and that the front passenger had dreads, which matched the lookout of the two armed subjects involved in the armed robbery. I, along with Officers Sutton, Glather conducted a traffic stop on the vehicle in the 700 block of Taylor Street, NE. I exited my vehicle and began to approach the vehicle. As I approached the vehicle, the vehicle subsequently fled eastbound on Taylor Street, NE

I observed Officer Langford begin to follow the vehicle and Officers Sutton, Glather and I reentered the vehicle. Because we thought that the white vehicle with yellow Virginia tags was involved in the armed robbery that just occurred, we followed Officer Langford.

As we approached the intersection at 13th Street, Michigan Avenue and Taylor Street, I observed that the white sedan had come to a rest against another vehicle. I observed the driver flee from the vehicle on foot. I exited my vehicle and attempted to chase the driver on foot. I stopped and returned to the shite sedan to assist Officer Langford with securing the remaining occupants. I then secured the front seat passenger.

**Statement of Officer Alexander Glathar**                    **Fourth District**

On January 20, 2019 Officer Glather completed a PD 119 **(Attachment #5)**

I was working the evening shift in the Crime Suppression Team. I was sitting on the passenger side back seat of an unmarked police vehicle. Officer Terence Sutton was the driver. We attempted to conduct a traffic stop on a vehicle that matched the look out of a robbery vehicle that happened earlier in the day. The vehicle then stopped for a couple of seconds and then fled from the officers in a vehicle. We pursued the vehicle for a few blocks. I then observed the driver of the vehicle bail from his vehicle after being in a traffic crash. I exited my vehicle and pursued the driver on foot. I apprehended him in the 4200 block of 13th Street, NE. No force was used to stop the driver. I did not see the traffic crash.

**Statement of Officer Christopher Hyder**                    **Fourth District**

On January 20, 2019 Officer Hyder completed a PD 119 **(Attachment #6)**

On January 20, 2019, I responded to assist officers in apprehending a suspect. Upon arriving on the scene, I observed a traffic accident and all three suspects had already been detained.

**Statement of Officer William Gill**                          **Fourth District**

On January 20, 2019 Officer Gill completed a PD 119 **(Attachment #7)**
On January 20, 2019, I was assisting other officers with a traffic stop.  Once I
arrived on the scene I saw a traffic accident and three individuals were detained

## CIVILIAN WITNESS STATEMENT(S)

### N/A

## BODY WORN CAMERA REVIEW

The investigating official reviewed the BWC footage for Officer Terence Sutton,
Officer Megan Murrock, and Officer Alexander Glathar regarding the
aforementioned vehicle pursuit.  The footage is consistent with the statements
and facts presented in this investigation.  It was determined that Officer Jesse
Langford did not activate his Body Warn Camera.  Separate IS numbers
(IS#19000478) were obtained and will be investigated in a separate investigation.
All tags and footage marks were applied.

**Officer Terence Sutton BWC footage:**

- *At the 02:06 mark,* the footage shows Officer Sutton exited his vehicle to
  affect a traffic stop.  As he exits the Cruiser the Cadillac pulls away in a
  high rate of speed.
- *At the 02:20 mark,* Officer Sutton activates his lights and siren and begins
  the pursuit following Traffic #1
- *At the 03:02 mark,* Officer Sutton advised that there was a 10-50 and bail
  out
- *At the 03:23 mark,* Officer Murrock is seen exiting the vehicle and chasing
  the suspect on foot
- *At the 04:23 mark,* Officer Sutton is seen exiting his vehicle ascertaining
  the whereabouts of the other officers

**Officer Megan Murrock BWC footage:**

- *At the 02:08 mark,* Officer Murrock is seen exiting the vehicle during the
  traffic stop when the suspected vehicle sped away.
- *At the 02:25 mark,* Officer Murrock is in the front passenger side of the
  Cruiser during the pursuit
- *At the 03:05 mark,* Officer Murrock is seen ordering the suspect to get on
  the ground
- *At the 03:15 mark,* Officer Murrock is seen exiting the Cruiser to pursuit
  the suspect on foot
- *At the 03:57 mark,* Officer Murrock is seen arriving to the scene of the
  accident on foot

**Officer Alexander Glathar BWC footage:**

- *At the 02:01 mark,* Officer Glather is seen exiting the vehicle to assist with a traffic stop.  As he exits the Cruiser the Cadillac pulls away in a high rate of speed.
- *At the 03:16 mark,*  Officer Glather is seen exiting the Cruiser to pursuit the suspect on foot
- *At the 03:55 mark,* Officer Glather is seen giving the locations of his foot pursuit of the suspect
- At the *0359 mark,* Officer Glather is seen ordering the suspect to the ground and placing handcuffs on him

## PHYSICAL EVIDENCE

The physical evidence relevant to this investigation consists of MPD documents.

## INVOLVED VEHICLE(S)

**Pursuit Vehicle#1:** Cruiser 433   **Year:** 2014   **Model:** Chevy Impala
**Registration:** DC10543

**Pursuit Vehicle# 2:** Unmarked   **Year:** 2015   **Model:** Chevy Malibu
**Registration:** DC8559

**Suspect Vehicle:** Cadillac DTS **Year:** 2013   **Model:**
**Registration:** Virginia tags 7234UU

## NOTIFICATIONS

Watch Commander Lieutenant Sean Connors                1545 hours

## ON THE SCENE

CST Sergeant Brian Cox
Watch Commander Lieutenant Sean Connors            Cruiser 400

## DISCREPANCIES AND CLARIFICATIONS

**Issue 1:**   There is a breakdown of the direction of the pursuit included in the investigation

**Clarification:** During the pursuit, the officers did not utilize the Fourth District zone; they utilized "the Fourth District OPS channel" while in hot pursuit of the suspected vehicle.  The undersigned received the Fourth District OPS channel recording and gave an account from the recording.

**Issue 2:**   In his statement, Officer Langford advised that Officer Sutton voiced that he observed a white Cadillac with yellow a Virginia "Don't Tread on Me" tag

**Clarification:** The involved Cadillac has a Virginia registration of 7234UU

**Issue 3:**   In her statement, Officer Murrock advised that she observed a white sedan with yellow Virginia tags7234UU, occupied at least two times.

**Clarification:** The suspected vehicle was occupied three times.

## UNITED STATES ATTORNEY'S REVIEW / REVERSE GARRITY

N/A

## SUMMARY AND CONCLUSIONS

In summary, on January 20, 2019, approximately 1445 hours, an Armed Robbery that just occurred in the 700 block of Quincy Street, NW was voiced over the Fourth District channel.  The lookout was given for a white sedan displaying yellow tags.

Officer's Sutton and Murrock, who were assigned to Crime Suppression #3, observed the vehicle, a white Cadillac DTS displaying Virginia tags 7234UU, occupied by three people, and attempted to conduct a traffic stop in the700 block of Taylor Street, NE.

Officer Sutton voiced over "the Fourth District OPS channel" that they had the suspected vehicle stopped and Officer Langford, assigned to Auto Theft #1, assisted with the stop.

As the officers exited the vehicle, the Cadillac fled the scene traveling eastbound on Taylor Street. Auto Theft #1 immediately began to pursue the vehicle as Crime Suppression #3, got back in their vehicle and followed in the pursuit.

The Cadillac was traveling northbound in the 1200 block of Michigan Avenue when it struck a light pole base, side swiped a 2014 Chevy Impala and then struck a 2005 Mitsubishi Outlander when the Cadillac came to rest in the 1300 block of Michigan Ave.

The driver exited the vehicle and fled on foot, while the other two suspects stayed in the car.  Officer Sutton gave chase on foot and apprehended the suspect in the 4200 block of 13th Street, NE and placed him under arrest for Robbery (Gun), Leaving After Colliding and Possession With the Intent to Distribute.

The total length of this vehicle pursuit was approximately three minutes long.

MPD offense report Robbery While Armed was prepared to document the circumstances which resulted in the pursuit. (CCN#19011379).

## FINDINGS

MPD policy regarding vehicular pursuits is clearly defined in General Order 301.03, Part V, A, which states in part that, Members shall weigh whether the immediate danger the pursuit presents to the member(s) and the public is less than the immediate or potential danger the suspect presents to the public should the suspect remain at large.

Based on the circumstances relevant to this pursuit, the investigation finds Officer Langford and Officer Sutton's actions were objectionably reasonable when the officers initiated a pursuit of suspects that were involved in an Armed Robbery that just occurred.

Although the investigating official find Officer Sutton and Officer Langford justified in the vehicular pursuit, the undersigned official find Officer Sutton, Officer Langford, Officer Murrock and Officer Glather in violation of General Order 301.03, Part B, 1&2, which state that, a member who is pursuing a fleeing felon shall immediately notify the dispatcher and maintain constant communication with the dispatcher as the pursuit progresses.

## RECOMMENDATIONS

Accordingly, it is recommended that Officer Jesse Langford's actions in this vehicular pursuit be classified as **Justified-with Policy Violation**.

Accordingly, it is recommended that Officer Terence Sutton's actions in this vehicular pursuit be classified as **Justified-with Policy Violation**.

11

Accordingly, it is recommended that Officer Jesse Langford's actions in this vehicular pursuit be classified as **Sustained** for the failure to immediately notify the dispatcher. It is recommended that the officer review the contents of General Order 301.03 as it pertains to vehicular pursuits.

Accordingly, it is recommended that Officer Terence Sutton's actions in this vehicular pursuit be classified as **Sustained** for the failure to immediately notify the dispatcher.  It is recommended that the officer review the contents of General Order 301.03 as it pertains to vehicular pursuits.

Accordingly, it is recommended that Officer Meghan Murrock's actions in this vehicular pursuit be classified as **Sustained** for the failure to immediately notify the dispatcher. It is recommended that the officer review the contents of General Order 301.03 as it pertains to vehicular pursuits.

Accordingly, it is recommended that Officer Alexander Glathar's actions in this vehicular pursuit be classified as **Sustained** for the failure to immediately notify the dispatcher.  It is recommended that the officer review the contents of General Order 301.03 as it pertains to vehicular pursuits.

Captain Bryan Christian
Fourth District