

**Fourth Police District**

**Commanding Officer Randy Griffin**

6001 Georgia Avenue, N.W., Washington, D.C., 20011 Office: 202-715-7400 Fax: 202-715-7489

IS# 19-0000218

## MEMORANDUM

**To:** Officer Terence Sutton
Fourth District

**SUBJECT:** Official Reprimand

You are hereby issued this Official Reprimand for violating General Order 301.03, Part VI, 10,a, b., which states in part that, vehicular pursuit shall be terminated when it becomes apparent that the vehicular pursuit could lead to unnecessary property damage, injury to citizens or members of the department; and the pursuit is in close proximity to schools and hospitals and other locations with high pedestrian or vehicular activity.

Also, during the pursuit you were in violation of General Order 301.03, Part B, 1&2, which state in part that, a member who is pursuing a fleeing felon shall immediately notify the dispatcher.

This Official Reprimand is a written censure being issued to you as a formal notice of your unsatisfactory conduct. This notice will be considered in performance evaluations, and will be used in deciding greater degrees of disciplinary action within a three-year period. Receipt of three official reprimands within a two-year period will subject you to an unsatisfactory performance rating for your next rating period. You may file a written appeal directly to the Chief of Police within ten (10) business days of issuance of this Official Reprimand).

A copy of this Official Reprimand shall be placed in your personnel folder.

*Randy Griffin*
Commander
Fourth District


Government Exhibit
Sutton & Zabavsky
21-cr-598 (PLF)
4148

G4148

USAO_015054

2

I hereby acknowledge personal receipt of this Official Reprimand and I am aware that this report will be made part of my personnel folder

_____  03-13-2019
Signature of Member      Date

_____  3-13-19
Signature of Serving Official  Date

· remove after one year

USAO_015055