UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> TERENCE SUTTON ) <br> and ) <br> ANDREW ZABAVSKY, ) <br> ) <br> Defendants. ) | Criminal No. 21-0598 (PLF) |

## ORDER

For the reasons and constraints set forth in the accompanying Opinion, it is hereby

ORDERED that the government's Motion in Limine to Exclude Inadmissible Expert Testimony [Dkt. No. 219] is GRANTED IN PART and DENIED IN PART; it is

FURTHER ORDERED that John J. Brennan's testimony is admitted in part and excluded in part; Bruce-Alan Barnard's testimony is excluded in full; Michael A. Wear's testimony is admitted in part and excluded in part; and James K. Dahlquist's testimony is excluded in full; it is

FURTHER ORDERED that defendant Andrew Zabavsky's Daubert Motion to Preclude Expert Testimony [Dkt. No. 220] is DENIED IN FULL; it is

FURTHER ORDERED that defendant Terence Sutton's Motion to Exclude Expert Testimony [Dkt. No. 221] is GRANTED IN PART and DENIED IN PART; it is

FURTHER ORDERED that Robert Drago's testimony (as proffered and narrowed in scope on November 1, 2022) is admitted in full; Carolyn Totaro's testimony is admitted in part and excluded in part; and Mark Hammond's testimony is admitted in full; it is

FURTHER ORDERED that the government's Motion in Limine to Exclude Defendant Sutton's Crash Reconstruction Opinion Testimony [Dkt. No. 293] is GRANTED IN PART and DENIED IN PART; and it is

FURTHER ORDERED Thomas Langley's testimony is admitted in part and excluded in part.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 11/16/22