**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | Case No: 1:21-cr-598-PLF |
| v. | : | |
| | : | Judge Paul L. Friedman |
| TERENCE SUTTON, et al. | : | |
| | : | |
| Defendants. | : | |

**TERRENCE D. SUTTON JR'S**
**PROPOSED RESPONSE TO JURY QUESTION NO. 1**

      As I initially instructed you, to show guilt of second degree murder, the government must prove that Defendant Sutton acted in conscious disregard of an extreme risk of death or serious bodily injury to Karon Hylton-Brown. This means that the government must prove that Defendant Sutton acted with malice aforethought, also known as acting with a depraved heart.

      To find that the Defendant acted with malice aforethought, the government must prove beyond a reasonable doubt that the Defendant acted with the specific intent to kill, or that Defendant acted with a reckless and wanton disregard for human life that was extreme in nature, and was aware that his conduct created an extreme risk of death. The fact that a reasonable person would have been aware of the risk will not sustain a finding of malice. You must find that Defendant Sutton was himself aware of the risk.

      To prove malice aforethought, the government must show that the Defendant acted with callous and wanton disregard of human life and an extreme indifference to the value of human life. Only a finding of extreme recklessness regarding homicidal risk will support an inference of malice aforethought.

      Examples of depraved heart malice are firing a bullet into a room occupied, as the defendant knows, by several people; starting a fire at the front door or an occupied dwelling; shooting into a moving automobile; selling pure (undiluted) heroin; or intentionally driving a vehicle into a crowd.

      Finally, you may recall my instruction regarding violation of MPD Policy. You may not find either Defendant guilty merely for violating MPD policy.

Dated: December 20, 2022                    Respectfully submitted,

                                                HANNON LAW GROUP, LLP

                                                *s/J. Michael Hannon*
                                                J. Michael Hannon, #352526
                                                1800 M Street, NW, Ste 850 S
                                                Washington, DC 20036
                                                Tel: (202) 232-1907
                                                Fax: (202) 232-3704
                                                jhannon@hannonlawgroup.com

                                                *Attorney for Defendant Terence D. Sutton, Jr.*