CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

vs.

**TERENCE SUTTON et al**

Civil/Criminal No.: __21-598 (PLF)__

## NOTE FROM JURY

Can you please provide a definition for "Conscious disregard" and "extreme risk?" Potentially, can we have an example of each? (Count 1)

Thank you

Date: 12/20/22
Time: 9:50 am