*Let this be filed out 12/20/22*

## ANSWER TO JURY NOTE NO. 1

As I initially instructed you, to show guilt of second degree murder, the government must prove that Defendant Terence Sutton acted in conscious disregard of an extreme risk of death or serious bodily injury to Karon Hylton-Brown. You have asked for definitions of these terms. Normally, the jury should give each term its ordinary meaning, as the jury understands it. Having said that, I will provide an additional explanation you may find helpful.

Second degree murder means either to kill deliberately and intentionally, or to act recklessly in conscious disregard of an extreme risk of death or serious bodily injury. As relevant here, the government alleges that Mr. Sutton subjectively knew that his conduct created an extreme risk of death or serious bodily injury to Mr. Hylton-Brown, but engaged in that conduct anyway.

The government must prove beyond a reasonable doubt that Mr. Sutton acted with a reckless and wanton disregard for human life that was extreme in nature, and that Mr. Sutton was aware that his conduct created an extreme risk of death or serious bodily injury. In other words, the government must show that Mr. Sutton acted with callous and wanton disregard of human life and an extreme indifference to the value of human life.

The fact that a reasonable person would have been aware of the risk will not sustain a finding of conscious disregard. You must find that Mr. Sutton himself was aware of or knew about the risk.