CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

TERENCE SUTTON et al

Civil/Criminal No.: __21-598 (PLF)__

## NOTE FROM JURY

We have reached a verdict on all counts.

Thank you

Date: 12/21/22

Time: 4:07

FOREPERSON