UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal No. 21-cr-598-PLF |
| TERENCE SUTTON and : | |
| ANDREW ZABAVSKY, : | |
| : | |
| Defendants. : | |

**PARTIES' JOINT STATUS REPORT IN
RESPONSE TO COURT'S APRIL 17, 2023, ORDER**

The parties have conferred and the government has permission to file this joint status report on behalf of all parties. Of the dates proposed by the Court, May 17, 2023, between 10:00 a.m. and 3:00 p.m. is the only time for which counsel to all parties are available for a hearing on the outstanding post-trial issues.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:  /s/ Elizabeth Aloi
ELIZABETH ALOI
DC Bar No. 1015864
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D St., N.W.
Washington, D.C. 20532
Phone: (202) 252-7212
Email: Elizabeth.Aloi@usdoj.gov