UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | Case No. 1:21-cr-598-PLF |
| v. : | |
| : | |
| TERENCE SUTTON and : | Hon. Paul L. Friedman |
| ANDREW ZABAVSKY : | |
| : | |
| Defendants : | |

**JOINT STATUS UPDATE ON ORAL ARGUMENT
FOR POST TRIAL MOTIONS**

Per the Court's April 21, 2023 order (Dkt. 460), the parties, having met and conferred, hereby provide the Court with the proposed schedule for oral argument on the post-trial motions made by Andrew Zabavsky and Terence Sutton.

The Government requests an equal opportunity to reply to defendants' arguments, and given that the motions are the defendants' defers to the defendants on the topics they wish to discuss.

The defendants' position is that the all the post-trial motions deserve oral argument, and as such propose the following schedule:

Date: May 17, 2023:

| Motion | Initial Argument | Opposition Argument | Reply Argument |
|---|---|---|---|
| Terence Sutton's Motion for New Trial and Arrest of Judgment | 60 Minutes | 60 Minutes | 30 Minutes |
| Andrew Zabavsky's Motion for New Trial and Arrest of Judgment | 45 Minutes | 45 Minutes | 25 Minutes |

1

| Sutton's Motion to Dismiss the Indictment for the Government's Presentation of a Forged Exhibit and Closing Argument Related to the Exhibit | 30 Minutes | 30 Minutes | 15 Minutes |

June 5, 2023:

| Motion | Initial Argument | Opposition Argument | Reply Argument |
|---|---|---|---|
| Sutton's Motion for Judgment of Acquittal | 60 Minutes | 60 Minutes | 30 Minutes |
| Zabavsky's Motion for Judgment of Acquittal | 45 Minutes | 45 Minutes | 20 Minutes |
| Sutton's Motion for *Brady* Sanctions | 30 Minutes for Sutton<br><br>10 Minutes for Zabavsky | 40 Minutes | 15 Minutes for Sutton<br><br>5 Minutes for Zabavsky |
| Zabavsky's Motion for *Brady* Sanctions | 25 Minutes | 25 Minutes | 15 Minutes |

Dated:      May 12, 2023                Respectfully Submitted,

*/s/ Christopher Zampogna*
Christopher A. Zampogna, #44985
Abraham Bluestone, #1780408
Zampogna, P.C.
1776 K St NW, Ste 700
Washington, DC 20006
(202)223-6635
caz@zampognalaw.com
ab@zampognalaw.com
*Attorneys for Andrew Zabavsky*

_____
J. Michael Hannon, #352526
Hannon Law Group, LLP
333 8th Street, NE
Washington, DC 20002
Tel: (202) 232-1907
Fax: (202) 232-3704

jhannon@hannonlawgroup.com
*Attorney for Defendant Terence D. Sutton, Jr.*


_____

ELIZABETH ALOI
DC Bar No. 1015864
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
601 D St., N.W.
Washington, D.C. 20532
Phone: (202) 252-7212 (Aloi)
Email: Elizabeth.Aloi@usdoj.gov