UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )  Criminal No. 21-0598 (PLF) |
| TERENCE SUTTON | ) |
| and | ) |
| ANDREW ZABAVSKY, | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM OPINION AND ORDER

On June 5, 2024, the Court issued a Memorandum Opinion and Order [Dkt. No. 555] resolving Karen Hylton's Emergency Motion of Crime Victim to Prevent Unreasonable Delay [Dkt. No. 546] and rescheduling the date for the initial sentencing hearing to August 27, 2024, and the date for the imposition of sentences to August 29, 2024.

On June 10, 2024, the government filed a Motion to Modify Schedule [Dkt. No. 556] indicating that counsel for the government would be unavailable to appear on the dates set by the Court and moving to reschedule hearing and sentencing dates once again. She is scheduled to appear before another judge in this Court beginning on August 19, 2024, for a trial anticipated to last two weeks. Id.  The government therefore requests hearing and sentencing dates before August 19, 2024, or after August 30, 2024.  Defendant Terence Sutton opposes the proposal to advance the sentencing to an earlier August date for several reasons, including counsel's travel overseas from August 13 to August 20, 2024.  Terence Sutton's Response to Government's Motion to Modify Sentencing Schedule [Dkt. No. 558] at 1.  This Court is

unavailable before August 19, 2024. Even if the Court were to disregard Mr. Sutton's opposition, the Court and the government's schedules make it impossible to advance the dates.

Despite best efforts to accommodate all parties and Ms. Hylton, in light of the government's unavailability on the dates set forth in the Court's June 5, 2024 Memorandum Opinion and Order, the Court must reschedule the hearings for later dates. Accordingly, it is hereby

ORDERED that the government's Motion to Modify Schedule [Dkt. No. 556] is GRANTED; it is

FURTHER ORDERED that the parties shall appear in person for a sentencing hearing on September 10, 2024 at 10:00 a.m. in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Ave, N.W., Washington, D.C. 20001; and it is

FURTHER ORDERED that the parties shall appear for sentencing itself on September 11, 2024 at 2:00 p.m. in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Ave, N.W., Washington, D.C. 20001.

SO ORDERED.

DATE: 6|14|24

PAUL L. FRIEDMAN
United States District Judge