UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal No. 21-cr-598-PLF |
| TERENCE SUTTON and : | |
| ANDREW ZABAVSKY, : | |
| : | |
| Defendants. : | |

## MOTION TO WITHDRAW

Undersigned counsel respectfully seeks leave of the Court to withdraw as counsel of record in this case. Effective August 16, 2024, undersigned counsel will be leaving the U.S. Department of Justice and therefore can no longer serve as counsel of record in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: */s/Risa Berkower*
RISA BERKOWER
NY Bar No. 4536538
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D St., N.W.
Washington, D.C. 20532
Phone: (202) 252-6782 (Berkower)
Email: risa.berkower@usdoj.gov

1