UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 21-00598 (PLF) |
| | ) | |
| TERENCE SUTTON | ) | |
| and | ) | |
| ANDREW ZABAVSKY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

As previously announced, the Court will hold a sentencing hearing on September 10, 2024 and impose sentences on September 11, 2024.  The hearings shall proceed as follows:

The sentencing hearing will commence at 10:00 a.m. on Tuesday, September 10, 2024.  The Court will sit as long as necessary, morning and afternoon, on September 10, in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Ave N.W., Washington, D.C. 20001.  It will first hear argument on the application of the Federal and District of Columbia Sentencing Guidelines.  Any arguments for departures under the Guidelines should also be made at that time.  The Court will then announce its Guidelines calculations.  The Court will consider mitigation and aggravation evidence and counsel's arguments for variances from the Guidelines under 18 U.S.C. § 3553 separately for each defendant.  During this phase of the hearing, each party may call witnesses.  The parties shall submit witness lists no later than 12:00 p.m. on Monday, September 9, 2024.  Argument

and witness testimony will be completed on September 10.   The Court will also hear argument with respect to restitution on that day.

The Court will impose sentences on Wednesday, September 11, 2024.   The proceeding will commence at 2:00 p.m. in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Ave N.W., Washington, D.C. 20001.   The Court will hear brief final statements, not reargument, from counsel, and Mr. Zabavsky and Mr. Sutton will be given the opportunity to address the Court before the Court imposes sentences.

Accordingly, it is hereby

ORDERED that the hearings shall proceed according to the procedures described above.

SO ORDERED.

DATE:   9/5/24

PAUL L. FRIEDMAN
United States District Judge