UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | Case No. 21-cr-598-1 (PLF) |
| | * | |
| TERENCE D. SUTTON | * | |
| | * | |
| | * | |
| Defendants. | * | |

**CORRECTED NOTICE OF FILING LETTERS FROM
LAW ENFORCEMENT OFFICERS IN SUPPORT OF
OFFICER TERENCE D. SUTTON, JR.**

Terence D. Sutton, through undersigned counsel, hereby submits forty-two letters from current and former law enforcement officers.in support of mitigation for his upcoming sentencing hearing, scheduled for September 10-11, 2024. Additional letters from family and friends will be filed separately. With the consent of AUSA Elizabeth Aloi, the officers' names are redacted to avoid any risk to the officers' safety, retaliation or disciplinary action against them for publicly supporting Officer Sutton. Officer Michael Fanone, who is now retired from the force after the injuries he suffered on January 6 has opted to have his letter and name appear publicly. Select quotes from the letters are set out below.

A.  **Regrets for the Loss of Life**

- Let me begin by saying that my words in no way undermine the tragedy of any loss of life. I know people are hurting and a family will be without a loved one. But the Dale Sutton I know did not wake up one day after years of service to the community and decide that he wanted to do harm to someone. That he had malice in his heart. That he wanted to take actions that would lead to someone getting hurt. That is not Dale Sutton. That was never Dale Sutton.

**B.     Sutton Was an Outstanding Officer, Honest, Hard-Working and Compassionate**.

- Officer Sutton served with distinction; was an extremely hard worker;

- provided the safest method of policing to the neighbors on his beat;

- a model officer, caring and compassionate, devoted public servant;

- always with good intentions in his heart;

- had a passion for serving the community;

- served with the utmost respect, courage and integrity;

- citizens trusted and respected him;

- in the high crime area that was the Kennedy Street corridor, arrestees often asked for him because they knew him to be fair;

- he humanized the badge, through his humor and authenticity;

- he never saw his work as an ordinary job but as his life's calling;

- he is brave and policed with integrity and compassion;

- He served and protected the citizens of DC with a smile each day. I watched in awe as he lighted the mood with prisoners, complainant's and even suspects. Every scene I can remember Terence was excellent at building a rapport with everyone and at the end they would laugh with Officer Sutton as they were being arrested or interviewed.  He was a positive influence.

- Just as I know Officer Sutton is a good caring individual, I have also met some bad apples.  I would never put pen to paper to speak about these folks. Since this is not one of those situations, I have no problem sharing my experiences about Officer Sutton and I hope that these brief words are taken into consideration.

- What happened here is not the same as the officer that put his knee on George Floyd and choked the life out of him. . . . Officer Sutton was one of the "good guys," trying to do the right thing, just like every one of us tries to do, that puts on this uniform each day. He was one of the "good guys" that was entrusted by the citizens of the District of Columbia to go out there and do the job that was asked of him, to stop crime, to make the city a little safer for those who choose to not engage in criminal activity.  I pray that OUR voice gets heard. I pray that Sutton's sentence is suspended or at the least, minimal.

C. **Sutton Taught Them to Be Good Officers and Serve The Community**

To a person, the officers – men or women – describe how much they learned to be good police officers from Officer Sutton. And, they admire his ability to connect on a personal level with members of the community and earn their respect.

- I met Sutton when I first became an officer in the Fourth District, Fairly new, I did not have all the answers but Sutton is a friendly officer and he helped me become a prudent officer.  With his helping personality, he always made himself available for the job. As a black female, I see myself in Sutton.  Though he is a white male, he is an outstanding officer, hard worker, and a dedicated partner. He is my brother.  I don't feel that he is a danger to the community any more than I am.  Setting the standard to make an example out of one of us, who is undeserving, will surely bring pain to my heart and fear of acting in good faith. His character should not come into question, as he is a dedicated, high-performing, and compassionate police officer.

- In our six years as partners for the MPD, Mr. Sutton single handily changed my view on the profession of law enforcement, and taught me everything I know about it. I have been on the department for almost fifteen years, and have never met a member who had the same passion and dedication to the profession as Mr. Sutton did. Mr. Sutton was the ideal community police officer, he knew every single person who lived and worked in his patrol service area, and made it point to engage with them, and they knew him as well. The dangers of law enforcement are pretty evident. Everyday walking into work, a sense of calmness would come over me, knowing that I would be working with someone who unequivocally would strive to be the best, while also keeping me safe. It's hard to find a partner who meets those traits.

- Officer Sutton set a great example of who a police officer should be. He upholds the law and is proactive in trying to keep the community safe. His proactiveness led him to be intimately familiar with residents in the area as well as those he arrested. I admired how he knew who everyone was and how they were connected to others. He treated everyone he interacted with a great deal of respect, whether he was receiving a report from a citizen or arresting someone for a violent felony. The way he treated those who lived in the Fourth District led him to be very well respected in return by those same citizens as well as by those who he arrested.

- Ofc. Sutton established and fostered community relations, took violent offenders off the streets so they might have their day in court, and made the community in the Brightwood neighborhood safer through his vigilance. He is greatly missed by the community members who get up and go to work every day and want to feel safe. They want to feel safe in their homes, leaving and returning. They want their family and neighbors to have that same luxury.

- There is a Ted Talk that I am fond of and I highly suggest you take a moment to watch it. The presenter is prior D.C. Police Chief Charles Ramsey (Mending broken trust - Police and the communities they serve). 18:00 mins into the presentation Chief Ramsey shares a story about a coworker named Paris. His story perfectly describes how Officer Sutton was as a police officer. In the video he shares a key element to the story and how officers should never ever do anything to take away a person's dignity and self respect. Officer Sutton lived up to that and in my time as a police officer alongside him I never saw a moment where he didn't show respect to everyone he encountered.

- Officer Sutton's reputation is not just one of professional excellence; it is one of genuine connection with the people of our district. I have witnessed countless occasions where community members have asked for him by name, seeking his presence and counsel in times of need. Despite the demanding nature of our work, Sutton has always managed to build trust and foster positive relationships within the community. His name is synonymous with integrity and kindness, and he is known and respected by nearly everyone in the district. In all my years on the force, I have never met another officer who is as well-known or as universally appreciated as Officer Sutton. His ability to maintain such a high level of professional achievement while being deeply loved by the community is a rare and remarkable quality. Officer Sutton is more than just a colleague -- he is a role model, a mentor, and a true embodiment of what it means to serve and protect. I have no doubt that he will continue to be an invaluable asset to our department and an inspiration to all who have the honor of working with him.

### D.  A Police Officer's Job Is Dangerous, Requires Split-Second Decisions and Officer Sutton's Prosecution is Heartbreaking

- I know Dale Sutton. I have worked with Dale Sutton. I would trust my life to him if we were still working together as officers in the streets of Washington, DC and I would rely on his judgment in making the split-second decisions that define our duties as police officers. He is highly competent, hardworking, and while a police officer, was dedicated to the mission of helping others and protecting life, not taking it. Absent serving in the United States military, there is no greater or more demanding job in this country than being a law enforcement officer at the present time. It is thankless and dangerous and no matter every positive decision you make as an officer, one challenging decision can define your career, your life, and your livelihood.

- I am in tears because Terence should not have been charged or convicted of murder. My heart is broken.

- The events that led to this tragic incident could happen to any officer attempting to do their job.

- Despite every negative experience I have endured during my career, witnessing a fellow officer going through criminal proceedings has been one of the most difficult experiences. Sutton was actively patrolling an area known for open-drug markets and attempted to stop a known offender. I will refrain from commenting on tactics because I was not present on scene and have not been faced with a similar situation. People have a general tendency to voice their opinions and what they think the officer(s) did wrong when they are able to review video footage from the comfort of their own home, but those same people would never have the *courage* to do this job.

    Seeing the effects of this case and knowing that I could be in the same predicament for simply *doing my job* is one of the many reasons why I cannot see myself serving another 15 years and retiring with my sanity. This is not only my reality, but it is the reality for many officers within my department and nationwide. How can we be asked to actively patrol our beats, apprehend offenders, or carry out any of our duties when we are constantly wondering if we may become the next Terence Sutton? The weight of that thought only harbors self-doubt and leads to hesitation and second-guessing ourselves in critical incidents, which can gravely endanger not only our own lives, but the lives of District residents.

Additional letters from family, friends and employers will be submitted in a separate filing.

                                          Respectfully submitted,

HANNON LAW, PLLC
___*s/J. Michael Hannon*____
J. Michael Hannon, #352526
2101 L Street, NW, Suite 300
Washington, DC 20037
Tel: (202) 365-5561
jhannon@hannonlawpllc.com


_/s/_____
CARMEN D. HERNANDEZ
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD  20777
(240) 472-3391
Chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the instant motion was served via ECF on all counsel of record this 6th day of September, 2024.

_/s/_____
CARMEN D. HERNANDEZ

6

# LETTERS in Support of Officer Terence D. Sutton, Jr.
# Case No. 21-cr-598-1 (PLF)

## Law Enforcement Personnel

| Exh # | Name | Position |
|---|---|---|
|  |  |  |
| 1 | Name Redacted | MPD - Detective |
| 2 | Name Redacted | MPD Detective |
| 3 | Name Redacted | MPD |
| 4 | Name Redacted | MPD - retired |
| 5 | Name Redacted | MPD |
| 6 | Name Redacted | MPD |
| 7 | Name Redacted | MPD |
| 8 | Name Redacted | Retired MPD |
| 9 | Name Redacted | MPD – retired |
| 10 | Name Redacted | MPD Special Operations, Canine Unit |
| 11 | **DiLauri, Russell** | Former MPD officer |
| 12 | Name Redacted | MPD – Sergeant - retired |
| 13 | Name Redacted | MPD |
| 14 | Name Redacted | MPD, Sergeant |
| 15 | Name Redacted | MPD CST Officer |
| 16 | **Fanone, Michael** | Retired MPD |
| 17 | Name Redacted | MPD |
| 18 | Name Redacted | MPD |
| 19 | Name Redacted | MPD |
| 20 | Name Redacted | MPD - Sergeant |
| 21 | Name Redacted | MPD |
| 22 | Name Redacted | MPD-retired |

## LETTERS in Support of Officer Terence D. Sutton, Jr.
## Case No. 21-cr-598-1 (PLF)

## Law Enforcement Personnel

| Exh # | Name | Position |
|---|---|---|
|  |  |  |
| 23 | Name Redacted | MPD Investigator |
| 24 | Name Redacted | MPD Sergeant |
| 25 | **Johnson, Jason C.** | President, Law Enforcement Legal Defense Fund ("LELDF") |
| 26 | Name Redacted | MPD - Detective |
| 27 | Name Redacted | MPD – retired |
| 28 | Name Redacted | MPD |
| 29 | Name Redacted | MPD, Detective |
| 30 | Blank |  |
| 31 | Name Redacted | MPD, Investigator |
| 32 | Name Redacted | MPD Lieutenant |
| 33 | Name Redacted | MPD Lieutenant |
| 34 | Name Redacted | MPD |
| 35 | Name Redacted | MPD, Recruiting Outreach Branch |
| 36 | Name Redacted | MPD – Sergeant |
| 37 | Name Redacted | MPD |
| 38 | Name Redacted | MPD – retired |
| 39 | Name Redacted | MPD - Detective |
| 40 | Name Redacted | MPD |
| 41 | Name Redacted | MPD – Sergeant |
| 42 | Name Redacted | MPD |
| 43 | Name Redacted | MPD |