Honorable Paul L. Friedman
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Re:   *United States v. Terrence Sutton*, 21-cr-598-PLF: Sentencing

Dear Judge Friedman:

My name is Michael Fanone and I am a retired Metropolitan Police Department officer. In my twenty years of being in law enforcement, I participated in more than two thousand arrests for violent crimes and narcotics trafficking and served as a special task force officer for the FBI, ATF, and DEA.

I know Dale Sutton. I have worked with Dale Sutton. I would trust my life to him if we were still working together as officers in the streets of Washington, DC and I would rely on his judgment in making the split-second decisions that define our duties as police officers. He is highly competent, hardworking, and while a police officer, was dedicated to the mission of helping others and protecting life, not taking it.

Let me begin by saying that my words in no way undermine the tragedy of any loss of life. I know people are hurting and a family will be without a loved one. But the Dale Sutton I know did not wake up one day after years of service to the community and decide that he wanted to do harm to someone. That he had malice in his heart. That he wanted to take actions that would lead to someone getting hurt. That is not Dale Sutton. That was never Dale Sutton.

Absent serving in the United States military, there is no greater or more demanding job in this country than being a law enforcement officer at the present time. It is thankless and dangerous and no matter every positive decision you make as an officer, one challenging decision can define your career, your life, and your livelihood. As a task force officer, I have worked on numerous federal investigations and have not seen sentences of 18 years requested by the Government for leaders of violent organizations or multi-defendant conspiracies.

I ask this Court for leniency for my former colleague Dale Sutton. I ask that this Court take into consideration Dale's entire life and not just the few seconds at issue in this case when evaluating the person he is and what sentence he deserves.

Respectfully and sincerely,

Michael Fanone