IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-598- PLF |
| ) | |
| TERRENCE SUTTON and ANDREW ) | |
| ZABAVSKY, ) | |
| ) | |
| ) | |
| _____.) | |

VICTIM IMPACT STATEMENT OF AMAALA JONES BEY

May it please the Court.  Please let me introduce myself.  My name is

Amaala Jones-Bey.  I am the girlfriend of Karon Hylton-Brown, hereinafter,

"Karon", and am the mother of his only child Z.J.B.  I am also the Personal

Representative of the Estate of Karon Hylton-Brown, (hereinafter, "Karon").

Karon and I enjoyed living together.  Karon was a loving father and

we shared love and intimacy that young couples do and were very happy

doing it.  Karon was a loving boyfriend who supported me every day by

driving me to school and then to work almost every day.  He was a loving

father who is missed much and often.  Furthermore, his untimely death has placed his family at a severe financial disadvantage.

I have heard stories about, "Tattoo", Terrence Sutton's street name, given to him by the bikers whom he chased on numerous occasions.  I am attaching the statement of Karon Hylton-Brown's Brother, Robbie, to give you a flavor of Sutton's repetitive chases of bikers in the MPD Police 4th District.

I wear several hats as a result of the death of Karon.   The unbearable grief as a result of having his life being cut short is a dagger to my heart.  However, his memory will live on as I fulfill my mission as Mother to his child, Z.J.B.  I am reminded daily of the charm my lover had as his child expresses her love to me – bringing me back many happy memories. All of this was cut short because of the reckless police officers who unlawfully chased my lover to his death.  Sutton was convicted of murder, and both Sutton and Zabavsky were convicted of Conspiracy and Obstruction of Justice as you well know.

What is remarkable is that these chasing officers were aware of the slightest of traffic offenses as an excuse to chase.  They selected the fact that Karon was not wearing a helmet as their reason to chase.  Yet, when they were harassing him without probable cause while he was looking for

his car keys, he fled after the harassment; and according to your honor, he had "the right to flee".

However, Karon had this right to flee while he was being hassled without probable cause in a stationary position, i.e. before he was driving without a helmet.  So that pretext of stopping him for driving without a helmet shouldn't stick; since he had the "right to flee" while stationary before he committed the act of driving without a helmet!

If these officers were so picky about the slightest infraction, "almost driving without a helmet", how come these officers manage to violate so many of the prohibitions of their own major "non-chasing" rules under G.O. 301.03 when the 301.03 admonishes the Officers to weigh the circumstances of each pursuit?  Exhibit 1. Here is the Rule that these officers violated for picking the lesser Rule over the greater Rule.   G.O. 301.03, V. A.  Regulations. says, "Members shall weigh whether the immediate danger the pursuit presents to the member(s) and the public is less than the immediate or potential danger the suspect presents to the public should the suspect remain at large."

Look at the following list of MPD Officer major vehicle pursuit violations these officers overlooked as set forth in G.O. 301.03, while they were putting Karon's life in danger by chasing Karon  during Covid, when a

multiple used helmet was likely to cause the contraction of Covid to Karon. The officers weighing the pros and cons was a major miscalculation!   All of the below violations of G.O. 301.03 are riskier to Karon and the public than the value of chasing Karon for failure to wear a Covid Communicator! There was no harm to the public if they just let Karon go!  So, while these officers were trying to provoke Karon into a chase, they missed the measuring rod by which vehicle pursuits should be measured, SAFETY TO THE PUBLIC!

Under G.O. 301.03, protecting the Public from a Moped Driver wearing a used motorcycle helmet versus protecting the public from a high speed pursuit favors not chasing the Moped.  G.O. 301.03 mandates that Officers make these weighing decisions in favor of the maximum safety to the public and its citizens.  These police officers were "weighed in the balance and found wanting".  Here is a list of actions prohibited and discouraged by G.O. 301.03 that were overlooked while these officers favored the reckless chasing of Karon!

1)  DC Officers are only permitted to chase a "fleeing felon".  These officers knew that Karon was not a felon as otherwise they would have had a warrant to arrest him when they approached him.  As Karon was just looking for his keys, they had no probable cause to arrest him for any illegal

4

or suspected illegal present activity.  Karon did not present a danger to anyone while he was looking for his keys.

2) Sutton was in an unmarked police car with his 3 young officers. The chase started with the Supervisor participating, Andrew Zabavsky in a full dressed DC SUV.  Under these circumstances it was against G.O. 301.03 for Sutton to engage in a chase with an unmarked police car.  And furthermore, why doesn't the supervisor, Zabavsky know that it is against G.O. 301.03 to allow Sutton and his crew to chase Karon in an unmarked police car?  One of the reasons for this rule is that unmarked police cars do not have a full component of warning devices.  And in this case, whatever warning devices that Sutton's unmarked vehicle had, he shut them off before Karon entered the intersection, thus preventing adequate warning to oncoming traffic.

3) Since Karon was just looking for his keys, he is not presenting any threats of danger to anyone.  The only people acting dangerously are the cops.  There was no probable cause that any crime was being committed.

4) The lives of innocent people were not endangered, but for the chase of these officers, because at the time of the chase; there was no justifiable reason to chase.

5) These officers were not allowed to chase Karon into a dangerous position.

6) These officers did not weigh the advantages and disadvantages of the chase.

7) The chasing officers gave no space for Karon to safely avoid danger.

8) These chasing officers did not observe traffic signs nor traffic lights.

9) It should have been apparent to these officers that there was a high potential for injury

10) These officers knew Karon so they could have had a warrant issued if the circumstances were justified.

But what saddens me and frustrates me is that the people most responsible for my lover's death have slithered back into the bog, ready to pounce again anytime a reckless officer wants a joy ride to impress his underlings "how it's done in DC".  Please let me explain why I believe that the people most responsible for the death of Karon have escaped the spotlight and judgment;  yet, they will continue to conduct business as usual when they are the ones most responsible for my lover's death.

And, quite frankly, everyone missed the point that I am about to make except your Honor so, since my time is short because yours is more-so, I will state my case and the case of my child, against those officers and institutions that are responsible for my boyfriend's death. I am hoping that you will remember the following remarks I am about to make, to help expose the primary culprits of my boyfriend's death, as he was not the only black biker who has met a similar fate; and yet the MPD perpetrators all belong to the same police department and engage in the same pattern and practice of targeting black bikers with deadly force.

I am well acquainted with these issues as I am not only Karon's Girlfriend and Mother of his child Z.J.B., I am also the personal representative of the Estate of Karon Hylton-Brown and have filed Wrongful Death Claim against the offending officers, and more particularly a Monell claim against the District of Columbia for engaging in the pattern and practice of targeting black bikers with deadly force.

Thus, I believe that the people most responsible for my boyfriend's death are first and foremost, 1) the Assistant Chief for Internal Affairs because he abdicated the training of  DC MPD Officers according to the rules of G.O. 301.03; 2) the counsel in the Office of General Counsel who were supposed to receive the same identical PD 845's and Annual Reports

collected by the A/C of Internal Affairs and were supposed to advise and engage in follow up to make sure the missing  PD 845 and Annual reports, when they didn't arrive, were accounted for;  and 3) the Chief of Police who did nothing to follow through to see if the officers were being trained to conduct vehicle pursuits according to G.O. 301.03 with PD 845 and reviewed at every supervisory level and finally, the Annual Vehicle Pursuit Report to be completed by the A/C of IAD.  I believe that the Mayor of DC, Muriel Bowser, and her cover-up crew, is largely responsible for the cover-up which has followed.

I say this because had the officers been properly trained to conduct vehicle pursuits; and more particularly, when not to conduct vehicle pursuits,  Karon would still be alive today.  Sutton and Zabavsky broke so many laws of vehicle pursuit under G.O. 301.03 it can only be attributed to these MPD officers being inadequately trained.  As you will see, Officer Andrew Zabavsky confirms that conclusion.

While I realize that this is the trial of Sutton and Zabavsky, the forces that created these bad actors are alive and well; and comfortably living their best lives in high paying jobs for the District of Columbia.  I bring this to the Courts attention because while my daughter and I grieve over our loss, the forces that created this catastrophe are still imbedded in the DC MPD and

the District Government at higher levels.  Now these upper placed officers are pointing the finger at their inferior officers to take the heat away from the higher ones.  Why are these culpable higher level officers allowed slip sideways when their untrained underlings are taking the blame for their failure to train the lower ranked officers.

I am in a difficult position of wearing several hats.  My primary project is caring for my child, Z.J.B.  My other hat is that of the Personal Representative of the Estate of Karon.  As a result of my active involvement as the Personal Representative of the Estate of Karon Hylton-Brown, I have had to become much more involved than an innocent victim of the DC MPD's excessive force and deliberate indifference to rules and regulations of vehicle pursuits under G.O. 301.03.  So, please let me explain why I believe that the A/C of IAD, the Counsel of the Office of General counsel and the Chief of Police are the primary actors responsible for the death of Karon.  You are one of the few people who will understand what I am saying as you were the only one who picked up on the absence of the supervisory role of the DC Metropolitan Police Department (herein-after "DC MPD)" and the total failure of the DC MPD's deliberate indifference to using the Field PD 845's Reports and the A/C for IAD's

Annual Reports system to educate DC officers regarding the do's and don'ts of vehicle pursuits.

First let me explain my understanding of how the DC MPD is supposed to teach and train its officers in the rules and regulations of vehicle pursuit under G.O. 301.03.  There is are police forms that I can't find on line called the PD 845 and the PD 150.  It would be help if you would make a blank PD 845 and PD 150 part of the record as they are relevant to the issue of what information is supposed to be communicated to the hierarchy officers.

As explained in the G.O. 301.03, both the field officer and the field supervisor is supposed to complete the PD 845 form each time officers engage in a vehicle pursuit.  After this is completed, the PD 845 is supposed to be submitted for the careful review by the Watch Commander. The Watch Commanders then attaches their PD 150's to the Field Officer's and Supervisors signed PD 845.  Then the Watch Commander is supposed to send both forms to the A/C of IAD for review and further teaching opportunities.  The A/C of Internal Affairs is supposed to write an annual report. Thus, at each stage there was supposed to be MPD review and teaching opportunities by the appropriate officer.  None of this was ever done within the past 5 years as the A/C for IAD, the OGC, and COP

abandoned their primary job of teaching its officers the do's and don't's of Vehicular Pursuits under G.O. 301.03.

In an effort to address this systemic problem, Officer Zabavsky added in his Reply brief the following statements:

"Despite Captain Porter reaching the conclusion that Sutton engaged in a pursuit, Porter did not commission the creation of a PD 845 report as required by General Order 301.03, the General Order on Vehicular Pursuits.  This failure exhibits the systemic noncompliance of the entire Metropolitan Police Department with the provisions of this general order which was used to evidence Zabavsky and Sutton's intent."'

Thus, not only is Zabavsky conceding that everyone in his chain of events were deliberately indifferent to the requirements of G.O. 301.03 in their case, Zabavsky is projecting this deliberate indifference onto the "entire Metropolitan Police Department with the provisions of this general order …".

Then, Zabavsky repeats a similar thing in a different paragraph, "The noncompliance with the G.O. 301.03 extends to the entire MPD, which failed to create any report required by Section VI. I. 3 of the General Order for the five year period before October 23, 2020".  "Declaration of John Knutsen".

"This deliberate indifference on the part of MPD towards G.O. 301.03 demonstrates that the department did not properly train Zabavsky or Sutton in the requirements of engaging in a vehicular pursuit.  That fact signifies that Court should sentence Zabavsky to a lesser sentence in this matter."

I cannot say in better words the intent of what I have been trying to say than the words of the senior Crime Suppression Team (CST) Unit Leader of the 4th District, Officer of the MPD Zabavsky.

Your Honor was the only person who investigated this invaluable PD 845 training procedure and you summoned the person in charge of keeping these reports, John Knutsen; so there is no doubt of the absolute and entire failure of the senior officers of the DC MPD for their deliberate indifference to the rules and regulations espoused in DC's own General Order of the DC MPD 301.03, and by the way, the word is "General" meaning to all relevant police officers!

This problem is far bigger that what Officer Zabavsky reports.  If a senior officer Supervisor was not well trained and Sutton is allowed to play cowboy on this Streets of DC as he consistently did, there was no vehicle pursuit restraint other than the mood of the chasing officer on a given day. And mind you, Sutton loved to chase.  Exhibit 2, Robbie Hylton Statement,

and according to his reputation, seemed to pride himself for his ability to chase!

But this is only part of the Problem.  As a backstop against excessive police pursuit force, the authors of G.O. 301.03 made sure that the Office of the General Counsel, (OGC), was supposed to receive the same forms PD 845 and PD 150 forms that the A/C of IAD was supposed to receive.  No one is asking the Office of General Counsel, that I assume is composed of lawyers, if they ever received the PD 845 forms, the PD 150 forms, or the Annual Report Forms executed by the A/C of Internal Affairs!  They are now hiding under the table of the Mayor's Conference room!  There is no record of even the lawyers at the Office of General Counsel requesting these forms.

Thus there is massive, monumental deliberate indifference to every aspect of the vehicular pursuit follow through and accountability at the DC MPD because those at the very top of the MPD, including the Chief of Police, the Lawyers at the Office of General Counsel and most specifically the A/C of IAD haven't done a scintilla of training and follow through for its DC MPD Officers and have ignored the teaching tools of the PD 845's and A/C IAD Annual Report.  This is why I believe so strongly that the police officers most responsible for the death of Karon and the other biker death

and non-death cases, are the triad of the A/C of IAD, the Chief of Police and the Attorneys at the Office of General Counsel.  I did not become aware of all of the negligence and deliberate indifference, until you, your honor called in John Knutsen to give an accounting of the training and follow through for enforcement of the Rules of 301.03.  Thank you very much!

Now, that the perfidy of the DC MPD is fully exposed, how far do the tentacles of deliberate indifference extend.     Clearly they extend to past biker deaths where the District of Columbia selected Officer Pepperman, the officer who "did that on purpose" i.e. killed biker Robinson "on purpose" according to his police officer passenger, Gina Leveque. *Robinson v. District of Columbia*, 130 F. Supp. 3d 180, 191 – 192  (D.D.C. 2015). Then, Officer Pepperman was later sent on behalf of the Major Crash Investigations Unit to investigate the Jeffery Price biker death case.   What were the chances of a police officer who killed a biker being called into investigate another biker death case on a random selection?  And what were Pepperman's  skills to investigate on behalf of Major Crash?  It wasn't his one year of high school educational training before entering the police force.  However, when it came to "cover-ups" no one was Pepperman's equal.  Thus Officer Pepperman was the ideal MPD officer to investigate

the Price Wrongful Death case; because to sanction the Officer who killed Price would be the same thing as approving sanctions against Pepperman!

So, where does this leave us?  And what should the District of Columbia do?  Well, DC has done what they frequently do, they engage in a clever cover-ups.  And this Cover-up even goes higher than the Chief of Police, it goes to the level of the Mayor.

With the increase and severity of the street crime, the DC Police Department, Mayor's Office and City Council  has engaged in a series of public pronouncements of protection that include clever cover-ups for the DC Cops.   I believe that you more than anyone will understand how the DC MPD engaged in cover-ups post the Karon collision.

I say this because you were the only person to call in John Knutsen to ask for an accounting of all the PD 845's that were supposed to be completed, assigned Complaint system numbers and stored with the A/C of IAD!  Furthermore, you requested the prior 5 year A/C IAD annual reports ending with year 2020!  Thus, there was no follow through or introspection regarding using the PD 845's nor the Annual A/C IAD Reports as training tools for the MPD Police Officers, and vehicle pursuits are the most dangerous police activity likely to injure the public, the officers and innocent victims.

So, the primary reason that this court called in John Knutsen was the requirement in G.O. 301.03, VI. G. 9. "Ensure that the PD 845 form is completed by all involved members prior to the end of their tour and submit the completed report to the Watch Commander."

Then, "when the vehicular pursuits result in accidents with injuries or property damage, copies of all reports shall be forwarded through channels to the Office of General Counsel."  G.O. 301.03 VI. F. 1.  The A/C of IAD, OGC and COP, did absolutely zero annual reports.  The A/C of IAD did not consolidate and store these PD 845 and Annual Report forms for further review and they were never studied with a view towards correcting officer mistakes.  Thus, there was zero leadership at the top to train his Officers with respect to this very dangerous vehicular pursuit activity.

Instead, the DC MPD has realized their massive mistake and their first reaction is to protect itself from further liability; which has given rise DC's predictable cover-up.  Rather than beef up the A/C of IAD's resources to correct the past failures and re-educate future officers by using the PD 845's and PD 150's reports as learning tools, the DC MPD with the Mayor's blessing, have eliminated the A/C of IAD's responsibilities under *Id*. VI. I 1 - 3 by completely eliminating VI. I 1 – 3 by implementing  the December 30, 2021 G.O. 301.03.  which eliminated the A/C for IAD's role and

16

responsibility for collecting and using these reports for training purposes. Exhibit 3.   Congratulations to the COP and the Mayor, given your December 30, 2021 version of G.O. 301.03, there never was nor will there ever be, an A/C IAD Annual report ever written!  This is truly a masterpiece of the Kings and Queens of Cover-ups!  By taking away the responsibility to follow through on storing, giving CS (Complaint System) numbers to PD 845, and writing annual reports, from the A/C of Internal Affairs, the District of Columbia and the MPD have eliminated accountability for the A/C of IAD and eliminated the A/C of IAD's responsibility to produce these PD 845 and Annual reports to anyone – including this court!  There has been no "Eureka" moment thus far where the A/C of IAD, or the OGC, or the COP where they have exclaimed "I found them"!

Even though this court has admonished the DC MPD in general and John Knutsen in particular to locate these missing PD 845's, PD 150's and A/C of IAD Annual Reports and produce them to this Court; thus far none have been produced to the best of my understanding.    There has been no accountability for their failure to do so.  Who is the Chief of Police supposed to punish?  Himself or the Mayor?  Has the A/C for Internal Affairs been subpoenaed to explain this massive failure that has resulted in black bikers being killed with deadly force, just like Karon Hylton Brown?

This maneuver of eliminating the A/C of IAD's responsibility for reviewing, follow through with instructional guidance for his officers, and making recommendations for the future based on these PD 845 and PD 150's has been an intentional cover-up at the highest level of the DC Government, i.e the A/C of IAD, the OGC, the COP and the Mayor of DC! By exposing this extensive cover-up, this Court will do more than anyone to correct the deliberate indifference that has been ongoing since February 25, 2003, when G.O. 301.03 was first created and will make the streets of DC much safer!  Please remember that Karon Hylton was driving a legal Moped!   Yes, this Court will do more to help those young black bikers on mini-motorbikes than anyone since February 25, 2003 including the DC MPD.

Your honor requested that Mr. Knutsen try to find these unfiled PD 845's and see how many they can gather.  Did they check the lost and found too?  It would be nice to know if Mr. Knutsen ever found any missing PD 845 and presented them to your Honor.   You raised a great question about the missing PD 845 and PD 150's and my client would love to know how many of these PD 845 and PD 150's  he found and where they were stored, and if they are subject to the Freedom of Information Act; or better

yet, part of your court's record.  If you included that finding in your final

sentencing Memorandum it would be appreciated.

Now if this is not the wholesale abdication of the principles of Vehicle

Pursuit and the maximum expression of a Metropolitan Police Department

deliberate indifference ever and at the highest level, in an activity that

exposes people to serious injury and death; I don't know what is!  And

there never was and there never will be A/C IAD Accountability for Annual

Reports  because the DC MPD has eliminated that duty of the A/C  to write

Annual Reports under G.O. 301.03 VI. I. 3  pursuant to its new December

30, 2021 version of G.O. 301.03.  Exhibit 3 .

This is not all, there are more G.O. 301.03 cover-ups to come!  Your

Honor will be one of the few people that is able to follow the intentions and

reasons for the new cover-up version of the District of Columbia's most

recent iteration of G.O. 301.30, of July 20, 2023.     As Your Honor recalls,

there was a dispute in your court over the status of the Second Degree

Murder Statute.  The AUSA brought the second degree murder charge

under DC's Second Degree Murder Statute.  This precluded Federal Law

and Federal Cases.  The District is trying to prevent future cases from

reaching the same results that the Sutton and Zabavsky case achieved.

D.C. is actively undermining the results for your court by substituting the DC Standard of Review with the Federal Standard of Review.

Just to show you the extent to which the District of Columbia will go to subvert the results your court achieved in the Second Degree Murder conviction of Sutton, the District has implemented the most recent version of G.O. 301.03 on July 20, 2023, Exhibit 4, which adds the word "reasonable" at least 16 times to equate the District Standard with Federal Law, in an effort to undermine any future use of the DC Second Degree Murder Statute against DC Police Officers.  Thus, DC has used a general order to counteract the results you achieved at the trial of this matter and changed it henceforth on a perennial basis.  Is the District of Columbia actively trying to undermine the principles of your Court's Ruling by implementing the new G.O. 301.03 July 20, 2023, before Sutton is even sentenced?

Thus these clever conjurers have replaced DC law with contradictory Federal Standards to make it easier for DC Police Officers to get away with murder!  They have also buried responsibility under layers of bureaucracy to shield their higher level officers from litigation regarding their deliberate indifference to using the PD 845's and PD 150"s and annual reports as training tools.

It is a shame that after all the effort this court has put into reaching the verdicts of second degree murder, obstruction of justice and conspiracy, the District has already commenced to build a defensive wall protecting its officers from judicial review before Officers Sutton and Zabavsky are even sentenced.

If you find any of these arguments compelling, I personally would look forward to reading them in the Court's sentencing opinion.   It is the intention of the District of Columbia to allow its officers to get away with murder and for its upper management to escape liability.  These new changes to G.O. 301.03 are not designed to train and teach police officers how to avoid tragedy.  They are designed to protect its officers and its leaders in the District from litigation for their bad acts at the highest level of the food chain!  Any mention of the above factors in your final Opinion will be appreciated.

As to recommendations for sentencing, Sutton's repeated and reckless chases of DC black bikers and in this case, an extremely reckless chase the wrong way up a narrow alley where Sutton turned off his warning apparatus before Karon was hit by the car, leaves little justification for leniency.  Furthermore, he was in the act of training the newer officers on how to avoid the rules and requirements of G.O. 301.03.   However, I come

to a different conclusion with respect to Officer Zabavsky.  Since he has

come to an understanding of the deficiencies of the DC Police Officer's

upper management, which was a high risk for him to do, a much lighter

sentence would be appropriate.  However, as PR of the Estate of Karon

Hylton-Brown, I would appreciate you expressing the reasons why I believe

the ones most responsible for the death of Karon Hylton Brown are the

three top entities at the DC MPD, the A/C of Internal Affairs; the attorneys

as the Office of General Counsel and the Chief of Police, and also the

Mayor for her active involvement in a post-conviction cover-up that is trying

to undo the verdict of your court in the future.  Thank you for his opportunity

to make the views of my daughter, her father and me known to this court.

And if it is appropriate, I would prefer having this Statement included in this

Court's record!

I marvel at how consistently you have stayed the course during this

complex court controversy.

Sincerely,

_____/s/_____

Amaala Jones Bey – Mother of Z.J.B

And

Personal Representative of the Estate of Karon Hylton-Brown