Let this be filed.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_PAUL L. FRIEDMAN_
United States District Judge

DATE: 9/16/24

_United States_ _____
Plaintiff

vs.

Civil Action No. CR-21-598

_Sutton_ _____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this __13__ day of __Sept__, 20__24__, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the __13__ day of __Sept__, 20__24__

in favor of __United States__

against said __Sutton Sentencing__

_Dawant Hylton_
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

**RECEIVED**
SEP 1 3 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia