## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| **v.** | * | **Case No. 21-cr-598-1 (PLF)** |
| | * | |
| **TERENCE D. SUTTON** | * | |
| | * | |
| | * | |
| **Defendants.** | * | |

## CONSENT MOTION TO MODIFY AND REMOVE
## ALL CONDITIONS OF RELEASE

Terence D. Sutton, through undersigned counsel, respectfully moves this Honorable Court to modify and remove all the conditions of release previously imposed by the Court in light of the the Executive Order issued by President Donald J. Trump dated January 22, 2025, granting a full and unconditional pardon to Mr. Sutton. AUSA Aloi consents to this request.

1.    On September 12, 2024, this Court released Mr. Sutton pending appeal, pursuant to 18 U.S.C. § 3143(b), subject to the same conditions of release previously imposed, which include electronic monitoring, a curfew and reporting requirements to Pretrial Services. *See* Minute Order, 9/13/2024.

2.    On September 22, 2025, President Donald J. Trump, pursuant to the powers vested in him under Article II, Section 2, Clause 1, of the Constitution, issued an Executive Order granting Mr. Sutton a full and unconditional pardon for his convictions in the instant case. *See* Presidential Actions at https://www.whitehouse.gov/presidential-actions/2025/01/executive-grant-of-clemency-for-terence-sutton/

3.     On January 23, 2025, the United States filed an Unopposed Motion to Vacate Convictions and Remand for Dismissal in the United States Court of Appeals for the District of Columbia Circuit, Case No. 24-3131, seeking to vacate Mr. Sutton's convictions and to remand the case to the district court for dismissal with prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

4.     In light of the full and unconditional pardon granted to him by the President of the United States, Mr. Sutton respectfully moves this Court to modify the conditions of release by removing all the conditions it has previously imposed, including electronic monitoring, a curfew, as well as all reporting requirements.

5.     The United States consents to this request.

WHEREFORE, Officer Sutton by his undersigned counsel with the consent of the United States respectfully requests that this Honorable Court modify the conditions of release it had previously imposed by removing all such conditions.

Respectfully submitted,

_/s/_____
CARMEN D. HERNANDEZ
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD  20777
(240) 472-3391
Chernan7@aol.com

2

CERTIFICATE OF SERVICE

I hereby certify that a copy of the instant motion was served via ECF on all counsel of record this 23rd day January, 2025.

_____/s/_____
Carmen D.  Hernandez