UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-0598-01 (PLF) |
| ) | |
| TERENCE SUTTON, ) | |
| ) | |
| Defendant. ) | |

ORDER

In light of the mandate issued by the United States Court of Appeal for the District of Columbia [Dkt. No. 703] vacating the Court's judgment as to defendant Terence Sutton, it is hereby

ORDERED that the case as to defendant Terence Sutton is hereby DISMISSED as moot.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 2/24/25